# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RALSTON BROWN** a/k/a **RALSTON SAMUEL BROWN, JR.,** and
**SHEMAE BROWN** a/k/a **SHEMAE JOHNSON** a/k/a **SHEMAE
SOLANGE JOHNSON,**
Appellants,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D16-1680

[September 6, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 2012CA017961XXXXMB.

Anthony E. Saurini of The Ticktin Law Group, PLLC, Deerfield Beach, for appellants.

Andrea K. Alles and Brandon S. Vesely of Albertelli Law, Tampa, for appellee Federal National Mortgage Association.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***